## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

v.

**Jose Fernandez-Aguilar**

Citizen of Mexico

USM#: 74502-208     DOB: 1977

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-15226-001M

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A95 734 441

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/11/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8 USC 1325 ILLEGAL ENTRY, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of NINETY (90) DAYS on Count ONE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted     **FINE:**     **RESTITUTION:**

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

*08-15226-001M*                                                                  Page 2 of 2
*USA vs. Jose Fernandez-Aguilar*

Date of Imposition of Sentence: **Monday, February 11, 2008**

_____ Date 2/11/2008_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____                By:_____
United States Marshal                                                       Deputy Marshal
08-15226-001M  -

DATE: 2/11/2008　　　　CASE NUMBER: 08-15226-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Jose Fernandez-Aguilar

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D  Marcia Resler
　　　　　　　　　　　　　　　　　　　　LANGUAGE: Spanish
Attorney for Defendant  Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 2/10/08　　　　☒ Complaint Filed　　　　☒ Appointment of counsel hearing held
☐ Financial Afdvt taken　　☒ No Financial Afdvt taken　　☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**　　☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:　before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**　　☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts ONE
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE  of the ☐ Information  ☐ Indictment  ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒　　ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 90 days  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____
Other: _____

　　　　　　　　　　　　　　　　　RECORDED: CS
　　　　　　　　　　　　　　　　　BY: Angela J. Tuohy, Deputy Clerk

# United States District Court   2/10

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jose FERNANDEZ-Aguilar
Citizen of Mexico
YOB: 1977
A95 734 441
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08 - 15226M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about January 26, 2008, near Calexico, California in the Southern District of California, Defendant Jose FERNANDEZ-Aguilar, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Jeff A. Gearhart
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

February 11, 2008                              at                    Yuma, Arizona
Date                                                                  City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                   Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:              Jose FERNANDEZ-Aguilar

Dependents:             4 Mexican

**IMMIGRATION HISTORY:**      The Defendant is an illegal alien.  **The Defendant has been apprehended on seven (7) separate occasions by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
| --- | --- | --- | --- |
| 10/22/07 | El Centro, CA | Poss Cntl Sub For Sale While Armed | No Dispo |
| 10/22/07 | El Centro, CA | Carry Load F/Arm Pub Place | No Dispo |
| 10/22/07 | El Centro, CA | Transp/Etc Cntl Sub | No Dispo |
| 10/22/07 | El Centro, CA | CCW In Veh W/Pr Fel Conv | No Dispo |

Narrative:   On February 10, 2008, Border Patrol Agents Faddis, Whittemore, Howland. Bowlden and Service K-9 "Honi", were working a United States Border Patrol Checkpoint on highway 78 at mile post 56.6.  At approximately 2:20 am a white 1993 Chevrolet Silverado pickup entered the primary inspection lane.

Agents could see approximately six people visible in the cab of the vehicle.  BPA Faddis identified himself as a US Border Patrol Agent and began to question the driver, later identified as FERNANDEZ-Aguilar, Jose, as to his citizenship in the English language.  FERNANDEZ seemed preoccupied or confused, so BPA Faddis asked if he spoke English to which he responded "no".  BPA Faddis then identified himself in the Spanish language and began to question FERNANDEZ as to his citizenship.  At that time, BPA Howland was on the passenger's side of the truck talking to the passenger.  FERNANDEZ was almost entirely focused on the interaction between BPA Howland and the other subject.  At that point, BPA Howland said, "Hey there's someone down there, there's a person down there", referring to a person he saw hiding in the foot space of the passenger's side.  At that time, FERNANDEZ slammed the vehicle into gear and drove forward at a high rate of speed, nearly striking BPA Bowlden's K-9 partner "Honi".

Agents Howland, Whittmore and Faddis pursued the vehicle in marked Border Patrol units approximately 300 yards away from the checkpoint.  There, the vehicle became stuck in a ditch and all the people in the

vehicle began began jumping out. The Agents were able to apprehend ten people, whom they determined to be Mexican citizens, present in the United States without the proper immigration documents to remain in the United States legally. They then transported the ten subjects to the Blythe Border Patrol Station for further processing.

At the station, it was confirmed that all subjects were in fact Mexican citizens. After interviewing several of the subjects, it was determined that they were being smuggled into the United States for financial gain. However, none were willing to be material witnesses.

The Defendant is an undocumented alien who freely admitted to being a citizen and national of Mexico, present without any immigration documents to be or remain in the United States legally. He claimed that he had been smuggled into the United States on January 26, 2008. He further claimed that the same smugglers charged him $3,000.00 US dollars as a fee for their service. They propositioned him to transport a group of illegal aliens on February 9, 2008, and in exchange they would only charge him a total or $1,000.00 instead of the original fee.

The Defendant last entered the United States illegally without inspection near Calexico, California on January 26, 2008.

Charges:     8 USC§1325                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____February 11, 2008_____
Date

_____
Signature of Judicial Officer